21465

Middleton H. LAMBRIGHT, M.D., Appellant, v. STATE BOARD OF MEDICAL EXAMINERS OF SOUTH CAROLINA, Respondent.

(278 S. E. (2d) 779)

374

*Arnold S. Goodstein* of *Goodstein, Bowling, Douglas & Philips,* Charleston, *for appellant.*

*Senior Asst. Atty. Gen., Karen LeCraft Henderson,* Columbia, *for respondent.*

May 27, 1981.

*Per Curiam:*

Appellant Middleton H. Lambright, M. D., appeals from an order which affirmed the denial of his motion to have an independent legal advisor appointed. An order denying a motion is not appealable before final judgment unless the movant has been deprived of a substantial right. *Marshall v. Winter,* 250 S. C. 308, 157 S. E. (2d) 595 (1967). This appeal which involves the necessity of appointing independent counsel to advise the Board in its investigation of alleged misconduct is interlocutory and dismissed.